**BATHAEE DUNNE LLP**
Brian J. Dunne (CA 275689)
bdunne@bathaeedunne.com
633 West Fifth Street, 26th Floor
Los Angeles, CA 90071
Tel.: (213) 462-2772

Yavar Bathaee (CA 282388)
yavar@bathaeedunne.com
Andrew C. Wolinsky (*pro hac vice*)
awolinsky@bathaeedunne.com
445 Park Avenue, 9th Floor
New York, NY 10022
Tel.: (332) 322-8835

Edward M. Grauman (*pro hac vice*)
egrauman@bathaeedunne.com
7000 North MoPac Expressway, Suite 200
Austin, TX 78731
Tel.: (512) 575-8848

*Attorneys for Plaintiffs*

**PERKINS COIE LLP**
Shylah R. Alfonso (*pro hac vice*)
SAlfonso@perkinscoie.com
Tiffany Lee
TiffanyLee@perskinscoie.com
Marten King (*pro hac vice*)
MKing@perkinscoie.com
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Tel.: (206) 359-8000
Fax: (206) 359-9000

Elliott J. Joh (CA 264927)
EJoh@perkinscoie.com
Lauren Trambley (CA 340634)
LTrambley@perkinscoie.com
505 Howard Street, Suite 1000
San Francisco, CA 94105-3204
Tel.: (415) 344-7000
Fax: (415) 344-7050

*Attorneys for Defendant LinkedIn Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TODD CROWDER, KEVIN SCHULTE, and GARRICK VANCE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LINKEDIN CORPORATION,<br><br>Defendant. | Case No. 4:22-cv-00237-HSG<br><br>**ORDER EXTENDING TIME FOR THE PARTIES' RESPONSIVE BRIEFING PURSUANT TO CIVIL L.R. 6-1(b)**<br><br>Judge: Hon. Haywood S. Gilliam, Jr. |

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that:

1. Plaintiffs Todd Crowder, Kevin Schulte, and Garrick Vance shall file any opposition to Defendant LinkedIn Corporation's motion to dismiss (ECF No. 27) on or before May 6, 2022.

2. LinkedIn shall file any reply in support of its motion to dismiss on or before May 20, 2022.

DATED:   4/19/2022

HON. HAYWOOD S. GILLIAM, JR.
United States District Judge