PERKINS COIE LLP
Shylah R. Alfonso, (admitted *pro hac vice*)
SAlfonso@perkinscoie.com
Tiffany L. Lee, Bar No. 303007
TiffanyLee@perkinscoie.com
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000

Attorneys for Defendant
LINKEDIN CORPORATION

Yavar Bathaee, Bar No. 282388
yavar@bathaeedunne.com
Andrew C. Wolinsky, (admitted *pro hac vice*)
awolinsky@bathaeedunne.com
BATHAEE DUNNE LLP
445 Park Avenue, 9th Floor
New York, NY 10022
Phone: (332) 322-8835

Attorneys for Plaintiffs
TODD CROWDER, KEVIN SCHULTE, and
GARRICK VANCE, on behalf of the putative class

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD CROWDER, KEVIN SCHULTE, and GARRICK VANCE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LINKEDIN CORPORATION,<br><br>Defendant. | Case No. 4:22-cv-00237-HSG<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO AMENDED COMPLAINT AND EXTEND BRIEFING DEADLINES [CIVIL L.R. 6-1(B)]**<br><br>Judge: Hon. Haywood S. Gilliam, Jr. |

161771539.1

1      Pursuant to the parties' Stipulation to Extend Time to Respond to Amended Complaint and Extend Briefing Deadlines (the "Stipulation"), and good cause appearing therefor, the Court hereby GRANTS the Stipulation.  Accordingly, LinkedIn Corporation's deadline to file a motion to dismiss the First Amended Class Action Complaint is extended to May 10, 2023, Plaintiffs' deadline to file their opposition is extended to June 7, 2023, and LinkedIn Corporation's deadline to file its reply is extended to June 21, 2023.

     IT IS SO ORDERED.

DATED:  __4/11/2023__          By: _/s/ Haywood S. Gilliam, Jr._
                                                    THE HON. HAYWOOD S. GILLIAM, JR.
                                                    United States District Court Judge