UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Todd Crowder, Kevin Schulte, Garrick Vance, et al,

Plaintiff(s),

v.

LinkedIn Corporation,

Defendant(s).

Case No. 4:22-cv-00237-HSG

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
(CIVIL LOCAL RULE 11-3)

I, Carol L. O'Keefe, an active member in good standing of the bar of Southern District of New York, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: the Plaintiffs in the above-entitled action. My local co-counsel in this case is Brian J. Dunne, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 275689.

KOREIN TILLERY
505 N. 7th Street, Suite 3600, St. Louis, MO 63101
MY ADDRESS OF RECORD

(314) 241-4844
MY TELEPHONE # OF RECORD

cokeefe@koreintillery.com
MY EMAIL ADDRESS OF RECORD

BATHAEE DUNNE LLP
901 South MoPac Expressway, Barton Oaks Plaza I, Suite 300
Austin, TX 78746
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(213)462-2772
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

bdunne@bathaeedunne.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: CO0626.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 (zero) times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 11, 2023

Carol L. O'Keefe
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Carol L. O'Keefe is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: April 20, 2023

Haywood S. Gilliam Jr.
UNITED STATES DISTRICT JUDGE

# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, *Ruby J. Krajick*, Clerk of Court, Certify that

    CAROL LEE O'KEEFE    , Bar #    CO0626

was duly admitted to practice in the Court on

February 06, 2018

and is in good standing as a member of the Bar of this Court

Dated at     500 Pearl St.     On     April 7, 2023
            New York, New York

Ruby J. Krajick      By
Clerk of Court                 Deputy Clerk