United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD CROWDER, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>LINKEDIN CORPORATION,<br><br>    Defendant. | Case No. 22-cv-00237-HSG<br><br>**ORDER PARTIALLY LIFTING STAY AND DIRECTING PRODUCTION OF DOCUMENTS** |

In its order on Defendant's first motion to dismiss, the Court stayed discovery in its discretion, noting that it would be prudent to first assess whether any claims were likely to proceed based on Plaintiffs' amendments. *See* Dkt. No. 64 at 13. Plaintiffs filed an amended complaint and Defendant filed another motion to dismiss. *See* Dkt. Nos. 65, 73. Having considered the parties' arguments in their briefing and at the hearing on the motion on July 27, 2023, the Court **LIFTS** the discovery stay only to the limited extent set forth below. *See Little v. City of Seattle*, 863 F.2d 681, 685 (9th Cir. 1988) ("The district court has wide discretion in controlling discovery."). Defendant is **ORDERED** to produce to Plaintiffs any private API agreements between LinkedIn and HootSuite, Amobee, Annalect, Ogilvy, or Sprinklr by August 10, 2023. *See* Dkt. No. 65 ¶¶ 243, 246. All other discovery beyond the production of these specified private API agreements remains stayed unless otherwise ordered.

    **IT IS SO ORDERED.**

Dated: 7/28/2023

_Haywood S. Gilliam Jr._
HAYWOOD S. GILLIAM, JR.
United States District Judge