Shylah R. Alfonso (admitted *pro hac vice*)
SAlfonso@perkinscoie.com
Tiffany Lee, Bar No. 303007
TiffanyLee@perkinscoie.com
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
PERKINS COIE LLP

Attorneys for Defendant
LINKEDIN CORPORATION
[additional counsel listed below signature]

Brian J. Dunne, Bar No. 275689
bdunne@bathaeedunne.com
Edward M. Grauman, (admitted *pro hac vice*)
egrauman@bathaeedunne.com
901 South MoPac Expressway
Barton Oaks Plaza I, Suite 300
Austin, TX 78746
Phone:  (213) 462-2772

Attorneys for Plaintiffs
TODD CROWDER, KEVIN SCHULTE, and
GARRICK VANCE, on behalf of the putative class
[additional counsel listed below signature]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| TODD CROWDER, KEVIN SCHULTE, and GARRICK VANCE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LINKEDIN CORPORATION,<br><br>Defendant. | Case No. 4:22-cv-00237-HSG<br><br>**STIPULATED REQUEST AND ORDER RE LEAVE TO FILE SUPPLEMENTAL BRIEFS [CIVIL L.R. 7-3(d), 7-12]**<br><br>Judge:  Hon. Haywood S. Gilliam, Jr. |

IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

WHEREAS, on May 10, 2023, Defendant LinkedIn Corporation ("LinkedIn") filed a Motion to Dismiss Plaintiffs' First Amended Complaint for failure to state a plausible claim. Dkt. No. 73.  The motion was fully briefed on June 21, 2023, and the Court heard the motion on July 27, 2023;

WHEREAS, on July 28, 2023, the Court issued an order partially lifting the stay of discovery and instructing LinkedIn to "produce to Plaintiffs any private API agreements between LinkedIn and HootSuite, Amobee, Annalect, Ogilvy, or Sprinklr by August 10, 2023. All other discovery beyond the production of these specified private API agreements remains stayed unless otherwise ordered."  Dkt. No. 78;

WHEREAS, pursuant to the Court's order, LinkedIn produced certain API agreements to Plaintiffs on August 10, 2023; and

WHEREAS, the parties met and conferred on August 11, 2023, and agreed that it would assist the Court to provide copies of the API agreements and to provide the parties' respective views of how those agreements should inform the Court's analysis of LinkedIn's motion, if at all;

NOW THEREFORE, the parties, by and through their attorneys, stipulate and agree pursuant to Civil Local Rule 7-3(d) and 7-12 that, subject to the Court's approval, the parties shall be permitted to file supplemental briefs of no more than five (5) pages each, limited to discussing the recently-produced API agreements and their impact, if any, on LinkedIn's motion.  The parties shall file their briefs by 5:00 p.m. Pacific time, five (5) business days after the Court's order granting leave.  LinkedIn's brief will attach copies of the API agreements or representative excerpts thereof as agreed to by Plaintiffs.

IT IS SO STIPULATED.

DATED:  August 14, 2023                    PERKINS COIE LLP

                                           By: */s/ Shylah R. Alfonso*
                                                Shylah R. Alfonso

1  Shylah R. Alfonso (admitted *pro hac vice*)
   SAlfonso@perkinscoie.com
2  Tiffany Lee, Bar No. 303007
   TiffanyLee@perkinscoie.com
3  1201 Third Avenue, Suite 4900
4  Seattle, WA 98101-3099
   Telephone: 206.359.8000
5  Facsimile: 206.359.9000

6
   Elliott J. Joh, Bar No. 264927
7  EJoh@perkinscoie.com
   Lauren Trambley, Bar No. 340634
8  LTrambley@perkinscoie.com
   505 Howard Street, Suite 1000
9  San Francisco, CA 94105-3204
   Telephone: 415.344.7000
10 Facsimile: 415.344.7050

11
   Jon B. Jacobs (admitted *pro hac vice*)
12 JBJacobs@perkinscoie.com
   700 13th Street, NW
13 Suite 800
   Washington, D.C. 20005-3960
14 Telephone: 202.654.6200
15 Facsimile: 202.654.6211

16 Attorneys for Defendant
   LINKEDIN CORPORATION
17

18 DATED:  August 14, 2023          BATHAEE DUNNE LLP
19
20                                  By:  */s/ Brian J. Dunne*
                                         Brian J. Dunne
21

22                                  Brian J. Dunne, Bar No. 275689
                                    bdunne@bathaeedunne.com
23                                  Edward M. Grauman, (admitted *pro hac vice*)
                                    egrauman@bathaeedunne.com
24                                  901 South MoPac Expressway
                                    Barton Oaks Plaza I, Suite 300
25                                  Austin, TX 78746
                                    Phone:  (213) 462-2772
26

27                                  Yavar Bathaee, Bar No. 282388
28                                  yavar@bathaeedunne.com

-3-
STIPULATED REQUEST AND ORDER RE LEAVE TO FILE SUPPLEMENTAL BRIEFS -
CASE NO. 4:22-cv-00237-HSG

Andrew C. Wolinsky, (admitted *pro hac vice*)
awolinsky@bathaeedunne.com
445 Park Avenue, 9th Floor
New York, NY 10022
Tel.: (332) 322-8835

Attorneys for Plaintiffs
TODD CROWDER, KEVIN SCHULTE, and
GARRICK VANCE, on behalf of the putative class

**Local Rule 5-1(h)(3) Attestation**

I, Elliott J. Joh, the filer of this document, attest that each of the signatories to this document have concurred in the filing of this document.

　　　　　　　　　　*/s/ Elliott J. Joh*
　　　　　　　　　　Elliott J. Joh

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  8/15/2023

　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　United States District Judge