1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Crowder et al.                    ,

      Plaintiff(s),

  v.

LinkedIn Corp.                  ,

      Defendant(s).

Case No. 4:22-cv-00237-HSG

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
(CIVIL LOCAL RULE 11-3)

I, Julia Elizabeth Chapman, an active member in good standing of the bar of Supreme Court of Pennsylvania, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: LinkedIn Corp. in the above-entitled action. My local co-counsel in this case is Russell P. Cohen, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 213105.

| | |
|---|---|
| Dechert LLP, 2929 Arch St., Philadelphia, PA 19104 | Dechert LLP, 45 Fremont St., 26th Floor, San Francisco, CA 94105 |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| (215) 994 2060 | (415) 262 4506 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| julia.chapman@dechert.com | russ.cohen@dechert.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 315959.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 3/27/2024            Julia Elizabeth Chapman
                                         APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Julia Elizabeth Chapman is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 3/28/2024

_Haywood S. Gilliam, Jr._
UNITED STATES DISTRICT JUDGE



# Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*Julia Chapman, Esq.*

DATE OF ADMISSION

*November 12, 2013*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated:  March 26, 2024

*Darian Holland*

Darian Holland
Chief Clerk