UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TODD CROWDER, et al.,<br><br>              Plaintiffs,<br>v.<br><br>LINKEDIN CORPORATION,<br><br>              Defendant. | Case No. 4:22-cv-00237-HSG<br><br>**ORDER GRANTING STIPULATION AND JOINT REQUEST TO EXTEND TIME TO ANSWER FIRST AMENDED COMPLAINT [CIVIL L.R. 6-1(B)]**<br><br>Hon. Haywood S. Gilliam, Jr. |

1  Pursuant to the parties' Stipulation and Joint Request to Extend Time to Answer the First
2  Amended Complaint ("FAC") (the "Stipulation"), and good cause appearing, the Court hereby
3  **GRANTS** the Stipulation.  LinkedIn's deadline to file its answer in response to the FAC is extended
4  to May 3, 2024.

**IT IS SO ORDERED.**

Dated: 3/29/2024

By: *Haywood S. Gilliam Jr.*
The Honorable Haywood S. Gilliam, Jr.
United States District Court Judge

-1-
ORDER GRANTING STIPULATION AND JOINT REQUEST TO EXTEND TIME TO ANSWER FAC
CASE NO. 4:22-cv-00237-HSG