PERKINS COIE LLP
Shylah R. Alfonso, *pro hac vice*
SAlfonso@perkinscoie.com
Marten N. King, *pro hac vice*
MKing@perkinscoie.com
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000

Jon B. Jacobs, *pro hac vice*
JBJacobs@perkinscoie.com
700 13th Street, NW, Suite 800
Washington, D.C. 20005-3960
Telephone: 202.654.6200
Facsimile: 202.654.6211

Elliott J. Joh, Bar No. 264927
EJoh@perkinscoie.com
505 Howard Street, Suite 1000
San Francisco, CA 94105-3204
Telephone: 415.344.7000
Facsimile: 415.344.7050

Attorneys for Defendant
LINKEDIN CORPORATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD CROWDER, KEVIN SCHULTE, and GARRICK VANCE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LINKEDIN CORPORATION,<br><br>Defendant. | Case No. 4:22-cv-00237-HSG<br><br>**ORDER GRANTING NOTICE OF WITHDRAWAL AS COUNSEL OF RECORD** |

# ORDER

Having good cause and substitute of counsel of record for LinkedIn Corporation, the Court hereby grants the withdrawal of Shylah R. Alfonso, Jon B. Jacobs, Elliott J. Joh, and Marten N. King of Perkins Coie LLP.

**IT IS SO ORDERED.**

DATED:   4/8/2024

_____
Hon. Haywood S. Gilliam, Jr.
United States District Judge