UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD CROWDER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> LINKEDIN CORPORATION, <br><br> Defendant. | Case No. 22-cv-00237-HSG <br><br> **SCHEDULING ORDER** |

A case management conference was held on April 9, 2024. Having considered the parties' proposals, *see* Dkt. No. 111, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Deadline for Defendant to answer First Amended Complaint | May 3, 2024 |
| Deadline for Plaintiff's class certification expert disclosures and class certification motion | January 9, 2025 |
| Deadline for Defendant's class certification expert disclosures and opposition to class certification motion | February 6, 2025 |
| Deadline for Plaintiff's class certification reply expert disclosures and class certification reply brief | February 27, 2025 |
| Deadline to depose experts | March 13, 2025 |
| Deadline to file class *Daubert* motions | March 20, 2025 |
| Deadline for opposition to class *Daubert* motions (no replies permitted) | March 27, 2025 |
| Hearing on class certification and class | April 10, 2025, at 2:00pm |

| | |
|---|---|
| *Daubert* motions | |
| Deadline for first ADR session | May 30, 2025 |

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's standing orders. This order terminates Dkt. No. 111.

**IT IS SO ORDERED.**

Dated:   4/18/2024

HAYWOOD S. GILLIAM, JR.
United States District Judge

2