UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Todd Crowder, et al.                    ,

Plaintiff(s),

v.

LinkedIn Corporation                    ,

Defendant(s).

Case No. 4:22-cv-00237-HSG

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
(CIVIL LOCAL RULE 11-3)

I, Kathryn Jessica Johnson , an active member in good standing of the bar of the State of Florida , hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Plaintiffs Todd Crowder, et al. in the above-entitled action. My local co-counsel in this case is Allison Watson , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: 328596 .

Bathaee Dunne LLP
901 South MoPac Expressway, Barton Oaks Plaza I, Suite 300
Austin, TX 78746

MY ADDRESS OF RECORD

(332) 223-4386

MY TELEPHONE # OF RECORD

kjohnson@bathaeedunne.com

MY EMAIL ADDRESS OF RECORD

Bathaee Dunne LLP
3420 Bristol Street, Suite 600
Costa Mesa, CA 92626

LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(213) 458-7075

LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

awatson@bathaeedunne.com

LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 1031976 .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 2 times in the 12 months preceding this application.

1    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially

2    the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local

3    Rules.  I declare under penalty of perjury that the foregoing is true and correct.

4    Dated: January 12, 2026                                      Kathryn Jessica Johnson
                                                                   APPLICANT
5

6

7

8                              ORDER GRANTING APPLICATION

9                    FOR ADMISSION OF ATTORNEY PRO HAC VICE

10

11    IT IS HEREBY ORDERED THAT the application of  Kathryn Jessica Johnson    is

12    granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney

13    must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-

14    counsel designated in the application will constitute notice to the party.

15    Dated:      1/12/2026

16

17    _____
       UNITED STATES DISTRICT JUDGE
18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California



# The Florida Bar

**651 East Jefferson Street**
**Tallahassee, FL 32399-2300**

**Joshua E. Doyle**
**Executive Director**

**850/561-5600**
**www.FLORIDABAR.org**

State of Florida          )

County of Leon          )

In Re:   1031976
Kathryn Jessica Johnson
Bathaee Dunne LLP
Barton Oaks Plaza 901 S MO Pac Expy I Suite 300
Austin, TX 78746-5932

I CERTIFY THE FOLLOWING:

I am the custodian of membership records of The Florida Bar.

Membership records of The Florida Bar indicate that The Florida Bar member listed above was admitted to practice law in the state of Florida on **September 29, 2021**.

The Florida Bar member above is an active member in good standing of The Florida Bar who is eligible to practice law in the state of Florida.

Dated this  9th  day of **January, 2026**.

*Cynthia B. Jackson*

Cynthia B. Jackson, CFO
Administration Division
The Florida Bar

PG:R10
CTM-388793