UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TODD CROWDER, et al.,

           Plaintiffs,

    v.

LINKEDIN CORPORATION,

           Defendant.

Case No.  22-cv-00237-HSG

**AMENDED SCHEDULING ORDER**

A case management conference was held on January 13, 2026.  Having considered the parties' proposals, *see* Dkt. No. 142, the Court **RESETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
| --- | --- |
| Close of Fact Discovery | September 18, 2026 |
| Exchange of Opening Expert Reports | September 25, 2026 |
| Exchange of Rebuttal Expert Reports | October 23, 2026 |
| Close of Expert Discovery | November 6, 2026 |
| Deadline for Plaintiffs' Motion for Class Certification and Class-Related *Daubert* Motion(s) | November 20, 2026 |
| Deadline for Defendant's Oppositions to Class-Certification and *Daubert* Motion(s); Defendant's Class-Related *Daubert* Motion(s) | December 22, 2026 |
| Deadline for Plaintiffs' Reply to Class-Certification and *Daubert* Motion(s); Plaintiffs' Opposition to Defendant's Class-Related *Daubert* Motion(s) | January 22, 2027 |
| Deadline for Defendant's Reply to Class- | February 4, 2027 |

United States District Court
Northern District of California

United States District Court
Northern District of California

| Related *Daubert* Motion(s) | |
|---|---|
| Deadline for Summary Judgment and Merits-Related *Daubert* Motion(s) | February 5, 2027 |
| Deadline for Oppositions to Summary Judgment and Merits-Related *Daubert* Motion(s) | March 5, 2027 |
| Deadline for Replies to Summary Judgment and Merits-Related *Daubert* Motion(s) | March 19, 2027 |
| Combined Hearing on Class Certification, Summary Judgment Motions, and All *Daubert* Motions | April 1, 2027, at 2:00 p.m. |

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's standing orders.

**IT IS SO ORDERED.**

Dated:    1/27/2026

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge

2