UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Crowder et al. | , | Case No. 4:22-cv-237-HSG |
| Plaintiff(s), | | |
| v. | | **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER** |
| LinkedIn Corp. | , | (CIVIL LOCAL RULE 11-3) |
| Defendant(s). | | |

I, Lauren Schnepper Junior, an active member in good standing of the bar of

New York & D.C., hereby respectfully apply for admission to practice pro hac

vice in the Northern District of California representing: LinkedIn Corporation in the

above-entitled action. My local co-counsel in this case is Russell P. Cohen, an

attorney who is a member of the bar of this Court in good standing and who maintains an office

within the State of California.  Local co-counsel's bar number is: 213105.

Dechert LLP, 1900 K Street, Washington, DC 20006

MY ADDRESS OF RECORD

Dechert LLP, 45 Fremont St., 26th Floor, San Francisco, CA 94015

LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(202) 261 3476

MY TELEPHONE # OF RECORD

(415) 262 4506

LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

lauren.schnepperjunior@dechert.com

MY EMAIL ADDRESS OF RECORD

russ.cohen@dechert.com

LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of

another State or the District of Columbia, as indicated above; my bar number is: 5741442 (NY)/1660153 (DC).

A true and correct copy of a certificate of good standing or equivalent official document

from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months

preceding this application.

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated:  3/3/2026

Lauren Schnepper Junior
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of  Lauren Schnepper Junior  is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:  3/4/2026

UNITED STATES DISTRICT JUDGE

United States District Court
Northern District of California

Updated 11/2021

2



## Appellate Division of the Supreme Court
## of the State of New York
## Third Judicial Department

_____

I, Robert D. Mayberger, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

## Lauren Schnepper Junior

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **January 23, 2020**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of Albany on February 24, 2026.

Clerk of the Court

CertID-00276365



On behalf of *JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals,*
*the District of Columbia Bar does hereby certify that*

# *Lauren Schnepper Junior*

*was duly qualified and admitted on June 24, 2020 as an attorney and counselor entitled to*
*practice before this Court; and is, on the date indicated below, an Active member in good*
*standing of this Bar.*

***In Testimony Whereof,***
***I have hereunto subscribed my***
***name and affixed the seal of this***
***Court at the City of***
***Washington, D.C., on February 24, 2026.***

*JULIO A. CASTILLO*
*Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email*
*memberservices@dcbar.org.*