**BATHAEE DUNNE LLP**
Yavar Bathaee (CA 282388)
yavar@bathaeedunne.com
Andrew C. Wolinsky (CA 345965)
awolinsky@bathaeedunne.com
445 Park Avenue, 9th Floor
New York, NY 10022
Tel.: (332) 322-8835

Brian J. Dunne (CA 275689)
bdunne@bathaeedunne.com
Edward M. Grauman (*pro hac vice*)
egrauman@bathaeedunne.com
Kathryn J. Johnson (*pro hac vice*)
kjohnson@bathaeedunne.com
901 South MoPac Expressway
Barton Oaks Plaza I, Suite 300
Austin, TX 78746
Tel.: (213) 462-2772

*Attorneys for Plaintiffs and the Proposed Classes*

**DECHERT LLP**
Russell P. Cohen (CA 213105)
russ.cohen@dechert.com
45 Fremont Street, 26th Floor
San Francisco, CA 94105
Tel.: (415) 262-4500

Julia Chapman (*pro hac vice*)
julia.chapman@dechert.com
Cira Centre, 2929 Arch Street
Philadelphia, PA 19104
Tel.: (215) 994-4000

*Attorneys for Defendant LinkedIn Corporation*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

KEVIN SCHULTE, THOMAS PEAR, JEREMY LEVINE, and GARRICK VANCE, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

LINKEDIN CORPORATION,

Defendant.

Case No. 4:22-cv-00237-HSG
Hon. Haywood S. Gilliam, Jr.

**STIPULATION AND ORDER RE BRIEFING SCHEDULE FOR MOTION TO DISMISS SECOND AMENDED COMPLAINT**

Pursuant to Your Honor's September 10, 2026 Minute Entry, Plaintiffs Kevin Schulte, Thomas Pear, Jeremy Levine, and Garrick Vance, and Defendant LinkedIn Corporation (collectively, the Parties), by and through their undersigned counsel, hereby stipulate and request an Order as follows:

WHEREAS, on July 31, 2026, Plaintiffs filed a Motion for Leave to File a Second Amended Class Action Complaint (Dkt. No. 229);

WHEREAS, on September 10, 2026, this Court held a hearing on Plaintiffs' Motion for Leave to File a Second Amended Class Action Complaint (Dkt. No. 291);

WHEREAS, at the September 10, 2026 hearing, this Court: (1) granted Plaintiffs' Motion for Leave to File a Second Amended Class Action Complaint; (2) ordered "all discovery deadlines and process STAYED"; and (3) ordered the Parties to file a stipulation and proposed order setting a motion to dismiss briefing schedule; and

WHEREAS, on September 11, 2026, Plaintiffs filed the Second Amended Class Action Complaint (Dkt. No. 300) and LinkedIn intends to respond to the Second Amended Complaint including by moving for relief under Rule 12 of the Federal Rules of Civil Procedure.

NOW, THEREFORE, the Parties, by counsel, jointly stipulate and respectfully request that the Court enter an Order that sets the following briefing schedule:

| **Date** | **Event** |
|---|---|
| September 25, 2026 | Defendant to respond to the Second Amended Complaint including by moving for relief under Rule 12 of the Federal Rules of Civil Procedure |
| October 9, 2026 | Plaintiffs to file any opposition |
| October 19, 2026 | Defendant to file any reply |
| October 29, 2026 | Hearing |

NOW THEREFORE, the Parties respectfully request that this Court adopt this Stipulation by signing below.

Respectfully submitted,

**DECHERT LLP**

Dated: September 14, 2026

By: */s/ Russell P. Cohen*
Russell P. Cohen
*Attorney for Defendant*

**BATHAEE DUNNE LLP**

Dated: September 14, 2026

By: */s/ Yavar Bathaee*
Yavar Bathaee
*Attorney for Plaintiffs and the Proposed Classes*

**FILER ATTESTATION**

Pursuant to Civil Local Rule 5.1 regarding signatures, I attest that concurrence in the filing of this document has been obtained from all signatories.

Dated: September 14, 2026

By: */s/ Russell P. Cohen*
Russell P. Cohen

SO ORDERED:

DATED: 9/15/2026



HAYWOOD S. GILLIAM, JR.
United States District Judge